[No. 61834-2-I. Division One. June 15, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ABDIRAHMAN S. SAKAWE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-00224-8, Sharon S. Armstrong, J., entered June 10, 2008. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Schindler, C.J., and Leach, J.

[No. 62004-5-I. Division One. June 15, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTOPHER J. LOREEN, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 07-1-00982-4, John M. Meyer, J., entered July 10, 2008. *Affirmed* by unpublished opinion per Cox, J., concurred in by Becker and Ellington, JJ.

[No. 62063-1-I. Division One. June 15, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT BURRELL, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-1-01626-5, Anita L. Farris, J., entered June 25, 2008. *Affirmed* by unpublished opinion per Grosse, J., concurred in by Schindler, C.J., and Leach, J.

[No. 62114-9-I. Division One. June 15, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. VENIAMIN PETROVICH PURIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 08-1-00346-5, William L. Downing, J., entered July 8, 2008. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Dwyer, A.C.J., and Grosse, J.